# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Christopher R. Lore                     CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-22858 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Denise Carlon
Denise Carlon
07 Nov 2025, 12:12:38, EST

Denise Carlon, Esq. (317226) ☑
Matthew Fissel, Esq. (314567) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com