IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Christopher R. Lore, | : | Case No. 25-22858 |
| Laura L. Lore, | : | Chapter 13 |
| **Debtor** | : | Docket No.  5 |
| | : | |
| Christopher R. Lore | : | |
| Laura L. Lore, | : | |
| **Movant** | : | |
| vs. | : | (Prior Ch. 13 bankruptcy case filed at |
| | : | docket number 24-20798 CMB and dismissed |
| | : | by order of court dated October 14, 2025) |
| US Department of Housing & Urban | : | |
| Development, LVNV Funding, Resurgent | : | |
| Capital Services, Midland Mortgage Co, | : | |
| Santander Consumer, Affirm, Albert's Heating | : | |
| & Cooling, Capital One, Citibank, Home Depot, | : | |
| Comenity Bank, Victoria's Secret, Comenity | : | |
| Comenity Capital, Boscov, Credit One Bank, | : | **ENTERED BY DEFAULT** |
| Duquesne Light Company, Lockhart Morris & | : | |
| Montgomery Inc, Midland Credit Management, | : | |
| Mohela, Portfolio Recovery Associates, | : | |
| Synchrony Ban, American Eagle, and Target NB | : | |

<u>ORDER OF COURT</u>

AND NOW, to wit, this ___12th___ day of ___November___, 2025, it is hereby Ordered, Adjudged, and Decreed that the Automatic Stay in the case of Christopher R. Lore and Laura L. Lore, is hereby EXTENDED beyond 30 days and shall continue in full force and effect until further Order of Court or dismissal of this case.

_____
U.S. Bankruptcy Judge

FILED
11/12/25 5:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                     Case No. 25-22858-CMB

Christopher R. Lore                                           Chapter 13

Laura L. Lore

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                                     Page 1 of 3

Date Rcvd: Nov 13, 2025                Form ID: pdf900                       Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher R. Lore, Laura L. Lore, 1125 Hillman Street, Freedom, PA 15042-1645 |
| 16600202 | + | Alberts Heating & AC, 1329 Dewey St., PO Box 147, Conway, PA 15027-0147 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Nov 14 2025 00:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16600199 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 14 2025 00:32:43 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16601682 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2025 00:43:39 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16600196 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 14 2025 00:43:23 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16600205 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2025 00:54:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16600203 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2025 01:05:47 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16600207 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2025 00:43:17 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16600208 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2025 00:43:37 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16600209 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2025 00:33:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 16600210 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2025 00:33:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 16600211 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2025 00:33:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 16600212 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2025 00:33:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 16600215 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2025 00:31:28 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16600213 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2025 00:30:06 | Credit One Bank, Po Box 98872, Las Vegas, NV |

Case 25-22858-CMB   Doc 18   Filed 11/15/25   Entered 11/16/25 00:32:47   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: pdf900 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | | 89193-8872 |
| 16600217 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 14 2025 00:34:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 16600220 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2025 00:31:36 | LVNV Funding & Resurgent Capital Service, PO Box 10587, Greenville, SC 29603-0587 |
| 16601888 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2025 00:31:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16600219 | + | Email/Text: bankruptcy@lmminc.com | Nov 14 2025 00:34:00 | Lockhart Morris & Montgomery, Inc., Attn: Bankruptcy, 1401 N Central Expressway, Ste 225, Richardson, TX 75080-4456 |
| 16600218 | + | Email/Text: bankruptcy@lmminc.com | Nov 14 2025 00:34:00 | Lockhart Morris & Montgomery, Inc., 1401 N Central Expy, Richardson, TX 75080-4669 |
| 16600228 | | Email/Text: EBN@Mohela.com | Nov 14 2025 00:33:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 16600224 | ^ | MEBN | Nov 14 2025 00:20:25 | MOHELA, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16600221 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2025 00:34:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 16600222 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 14 2025 00:43:01 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 16600223 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 14 2025 00:31:26 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 16600232 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2025 00:32:44 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 16604558 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2025 00:34:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 16600234 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2025 00:34:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 16600233 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2025 00:34:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 16600236 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2025 00:31:08 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16600235 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2025 00:44:11 | Synchrony/American Eagle, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16600238 | + | Email/Text: bncmail@w-legal.com | Nov 14 2025 00:33:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 16600237 | + | Email/Text: bncmail@w-legal.com | Nov 14 2025 00:33:00 | Target NB, Po Box 673, Minneapolis, MN 55440-0673 |
| 16602090 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 14 2025 00:30:05 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 16600239 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 14 2025 00:30:05 | US Department of Housing & Urban, Development, 801 Market St, 12th Floor, Philadelphia, PA 19107 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Case 25-22858-CMB   Doc 18   Filed 11/15/25   Entered 11/16/25 00:32:47   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 16600201 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16600200 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16600197 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16600198 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16600206 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16600204 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16600216 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16600214 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 16600229 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 16600230 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 16600231 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 16600225 | *+ | MOHELA, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16600226 | *+ | MOHELA, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16600227 | *+ | MOHELA, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 1 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Laura L. Lore julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Christopher R. Lore julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6