IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Christopher R. Lore., | ) | |
| Laura L. Lore, | ) | |
| *Debtors* | ) | Case No. 25-22858 CMB |
| | ) | Chapter 13 |
| Christopher R. Lore, | ) | |
| Laura L. Lore, | ) | |
| *Movants* | ) | Document No. 19 |
| | ) | |
| No Respondents | ) | |

### ORDER OF COURT

AND NOW, to wit, this __24th__ day of __November__, 2025, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Christopher R. Lore and Laura L. Lore, are hereby granted an extension until December 5, 2025 to file the completed petition in this case.

_____ jlm
Carlota M. Böhm, Judge
United States Bankruptcy Court

FILED
11/24/25 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA